AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Duval, Stanwood R | U.D.S.C., EAST. DIST.LA | 06/05/2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S.D.C. ACTIVE JUDGE | ☐ Nomination, Date  ☐ Initial  ☒ Annual  ☐ Final | 01/01/2006 to 12/31/2006 |
| | 5b. ☐ Amended Report | |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 500 Poydras St., Rm. C-368 New Orleans, LA 70130 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. BOARD OF DIRECTORS | COVENANT HOUSE, NON-PROFIT ORGANIZATION |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2007 JUN 18 A 10: 22 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Duval, Stanwood R | 06/05/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 12/31/06 | MetLife IRA/Fixed income from vested pension plan | $ 22,800 |
| 2. 12/31/06 | Fordoche, Inc. | $ 399 |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Measley's Vioxx Litigation Conference | May 8-9, 2006. Attended seminar at Amelia Island, FL, where food/lodging were provided. |
| 2. | Nat'l Workshop for District Judges II | June 21-23, 2006. Attended seminar in San Diego, CA, where food/lodging were provided |
| 3. | 2006 National Sentencing Institute (Booker) | July 23-25, 2006. Attended seminar in Washington, D.C., where food/lodging were provided |
| 4. | 2006 LSU Trial Advocacy Program | August 7-9, 2006. Attended seminar in B.R., LA, where food/lodging were provided. |
| 5. | LSU Trial Evidence Workshop | Nov. 10, 2006. Attended seminar in B.R., LA, where food/lodging were provided. |

| Name of Person Reporting | Date of Report |
|---|---|
| Duval, Stanwood R | 06/05/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Donald "Boysie" Bollinger, a life long friend. I recuse from any cases involing him | Dove hunting trip to Argentina. | $ 5,000.00 |
| 2. | or any of his companies. | | |
| 3. | Arlen B. Cenac, former client. Recuse from all cases involing Cenac or any of his companies. | Goose hunting trip to Canada. | $ 4,000.00 |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

☒ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duval, Stanwood R | 06/05/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Parcel #1, Terrebonne Parish, LA | B | Rent | K | W | SOLD/LIQUID. | | K | | WILLIAM T. MOORE |
| 2. Parcel #2, Terrbonne Parish, LA | A | Rent | J | W | | | | | |
| 3. *Parcel #3, Terrebonne Parish, LA | B | Rent | J | W | SOLD/LIQUID. | | J | | DOROTHY NELSON |
| 4. * IN RETIREMENT PLAN | | | | | | | | | |
| 5. FORDOCHE, INC. | C | Interest | K | W | | | | | |
| 6. ** METLIFE Fixed Index Fund | E | Interest | N | T | | | | | |
| 7. ** MET LIFE - AM G & I | A | Interest | J | T | | | | | |
| 8. ** MET LIFE - AM GLBL3 | A | Interest | J | T | SOLD/LIQUID. | | J | | |
| 9. * MET LIFE - AMFDSCI | A | Interest | J | T | | | | | |
| 10. ** MET LIFE - HAROKFV | A | Interest | J | T | | | | | |
| 11. ** MET LIFE - HAR LCV | A | Interest | J | T | | | | | |
| 12. ** MET LIFE - BRSTRLV | A | Interest | J | T | | | | | |
| 13. MINERAL INTEREST - TERREBONNE PARISH | A | Royalty | J | W | | | | | |
| 14. MINERAL INTEREST - TERREBONNE PARISH | A | Royalty | J | W | | | | | |
| 15. JUDICIAL & JUSTICE FED.CREDIT UNION | A | Interest | J | T | | | | | |
| 16. ▮▮▮▮▮SEPARATE PROPERTY INVESTMENTS: | | | | | | | | | |
| 17. *** MERRILL LYNCH CMA ACCOUNT | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Duval, Stanwood R | 06/05/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. ***JUDICIAL & JUSTICE FED. CREDIT UNION | A | Interest | J | T | | | | | |
| 19. *** ML FUND GROWTH C | B | Interest | L | T | | | | | |
| 20. *** ML GLOBAL ALLOCATION C | C | Interest | K | T | | | | | |
| 21. *** ML GLOBAL SMALLCAP | C | Interest | K | T | | | | | |
| 22. *** VAN KAMPE N COMSTOCK FUND CLASS C | D | Interest | L | T | | | | | |
| 23. *** BLACKROCK MANAGED INC. PTFL CL C | B | interest | L | T | | | | | |
| 24. CHECKING ACCT, WHITNEY NAT'L BANK, | A | Interest | J | T | | | | | |
| 25. SAVINGS ACCT.@ WHITNEY NAT'L BANK | A | Interest | K | T | | | | | |

| 1 Income Gain Codes. (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Duval, Stanwood R | 06/05/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

(1) THE ASSET LISTED IN SECTION VII DESIGNATED WITH ONE ASTERICK AND A MET LIFE PREFIX WAS IN A WIDELY DIVERSE MUTUAL FUND OVER WHICH I HAVE NO CONTROL AND SIMPLY REPLACES ONE OF THE ASSETS LISTED IN THE 2005 REPORT.

(2) THE ASSETS DESIGNATED WITH TWO ASTERICKS (**) ARE ALL IN WIDELY DIVERSE MUTUAL FUNDS OVER WHICH I HAVE NO CONTROL.

(2) THE ASSETS DESIGNED WITH THREE ASTERISKS (***) REPRESENT ASSETS OWNED BY ██████

| Name of Person Reporting | Date of Report |
|---|---|
| Duval, Stanwood R | 06/05/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ▮▮▮▮▮▮▮                    Date 6/6/07

NOTE: ▮▮▮▮▮LFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL
AND CR▮▮▮

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544